```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           1/30/26

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY:      MRV       DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 8:26-cr-00011-JWH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 871(a): Threats Against Successors to the Presidency] |
| MARCO ANTONIO AGUAYO, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 871(a)]

On or about July 12, 2025, in Los Angeles County, within the Central District of California, defendant MARCO ANTONIO AGUAYO knowingly and willfully issued statements which contained threats to

//

//

1  take the life of and inflict bodily harm upon the Vice President of
2  the United States of America.
3
4                                          A TRUE BILL
5
6                                          /S/
                                           Foreperson
7
8  TODD BLANCHE
   Deputy Attorney General
9
   BILAL A. ESSAYLI
10 First Assistant United States
   Attorney
11
   ALEXANDER B. SCHWAB
12 Assistant United States Attorney
   Acting Chief, Criminal Division
13
14 *[signature: Frances D. Lewis]*
15 FRANCES S. LEWIS
   Assistant United States Attorney
16 Chief, General Crimes Section
17 BRENDA N. GALVAN
   Assistant United States Attorney
18 General Crimes Section
19
20
21
22
23
24
25
26
27
28