# EXHIBIT 1

**F I L E D**
CLERK, U.S. DISTRICT COURT

1/3/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARK WILLIAM ANTEN, Defendant. | CR No. 2:24-cr-00002-WLH <br><br> I N D I C T M E N T <br><br> [18 U.S.C. § 875(c): Threats by Interstate Communication] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 875(c)]

On or about December 5, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARK WILLIAM ANTEN, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, in that defendant ANTEN threatened: "I AM THE UNABOMBER[.] I WILL UNABOMB THE LOS ANGELES FBI HQ . . . I am supposed to be in Beverly Hills tomorrow for a meeting. I will swing

by your office if there is time . . . This ain't over. Signed, UNABOMBER . . . ."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about December 6, 2023, in Los Angeles County, within the Central District of California, and elsewhere, defendant MARK WILLIAM ANTEN, with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce electronic communications that contained a true threat to injure the person of another, in that defendant ANTEN threatened: "I can go on a mass murder spree. In fact, it would be very explainable by your actions" and attached a photograph depicting a Google internet search for "how to make a dirty bomb."

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes
Section

J'ME K. FORREST
Assistant United States Attorney
General Crimes Section

3

FILED
CLERK, U.S. DISTRICT COURT

03/02/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAMES KEVIN BALL,
 aka "King James,"

    Defendant.

CR 2:21-cr-00094-VAP

I N D I C T M E N T

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5): Stalking; 18 U.S.C. § 875(c): Transmitting Threatening Communications in Interstate Commerce]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1. Beginning on a date unknown, and continuing to on or about February 14, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant JAMES KEVIN BALL, also known as ("aka") "King James," with the intent to harass and intimidate Victim 1, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely, email, interstate wires, and the Internet, to engage in a

course of conduct, described in paragraph 2 below, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

2. Defendant BALL's course of conduct included, among other things, the following:

a. Beginning on or about February 5, 2019, and continuing to February 14, 2021, defendant BALL sent Victim 1 messages, which included the following:

i. "me and 2 of my friends will bring high powered automatic assault rifles and turn ur home into a Christmas piñata"

ii. "I can legally enslave your whole family until your 3rd and 4th generations, I can through you all in a cell with no food, I can hang you as well."

iii. "I am going to destroy your business, I'm going to pry into your personal life, I'm going to harass at everyone's work, I'm going to make sure I fuck u harder than u fuck ur daughters you sick loser! Your daughter is either a baby snatch or a murder. VENGENCE IS MINE..."

iv. "and I wont apologize if any bad shit comes from mine own hands."

v. "I go visit your daughter first she doing yard sale stuff I seen, maybe I am in Florida right now."

vi. "Everyday for the last years I've been thinking about what I'm going to do to all of u, it's going to be fun."

viii. "You know what I'm about to do . . . I'm about to contact some detectives I know since I own the police station, I'm

2

going to let them know every thing and the fact i going to kill u with my bear hands my self."

COUNT TWO

[18 U.S.C. § 875(c)]

On or about April 2, 2020, in Los Angeles County, within the Central District of California, defendant JAMES KEVIN BALL, aka "King James," with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce, from California to Florida, a communication that contained a true threat to injure the person of another, that is, an email to Victim 1 containing a threat to injure Victim 2 and Victim 2's family, containing the following in the body of the message: "u better get out of there soon I'm going to light there place up with fully automatic assault rifles soon."

4

COUNT THREE

[18 U.S.C. § 875(c)]

On or about September 24, 2020, in Los Angeles County, within the Central District of California, defendant JAMES KEVIN BALL, aka "King James," with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce, from California to Florida, a communication that contained a true threat to injure the person of another, that is, an email to Victim 1 containing a threat to injure Victim 1 and Victim 1's family, containing the following in the body of the message: "I swear to God I AM going to kill u and all of your descendants, ALL OF THEM."

5

COUNT FOUR

[18 U.S.C. § 875(c)]

On or about January 1, 2021, in Los Angeles County, within the Central District of California, defendant JAMES KEVIN BALL, aka "King James," with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce, from California to Florida, a communication that contained a true threat to injure the person of another, that is, an email to Victim 1 containing a threat to Victim 1 and others, containing the following in the body of the message: "everyone that works or does business with [Victim 1] will die with out mercy, he is a traitor of God and your land!!! If you aid and abet this man and his family you shall die a horrible death."

COUNT FIVE

[18 U.S.C. § 875(c)]

On or about January 5, 2021, in Los Angeles County, within the Central District of California, defendant JAMES KEVIN BALL, aka "King James," with the intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce, from California to Florida, a communication that contained a true threat to injure the person of another, that is, an email to Victim 1 containing a threat to Victim 1 and others, containing the following in the body of the message: "Death to a [Victim 1] and anyone that works for [Victim 1] you time is running out."

A TRUE BILL

                                /S/
_____
                                Foreperson

TRACY L. WILKISON
Acting United States Attorney

Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crimes
Section

JEFFREY M. CHEMERINSKY
KEVIN B. REIDY
Assistant United States Attorneys
Violent & Organized Crimes
Section

**FILED**
CLERK, U.S. DISTRICT COURT

4/18/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANASTASSIA KREZOUB, aka "Sylvia Kass," Defendant. | SACR  8:23-cr-00042-CJC<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2261A(2)(B), 2261(b)(5): Stalking; 18 U.S.C. § 875(d): Transmitting Interstate Communications with Intent to Extort] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

1.    Beginning on or about November 29, 2021, and continuing to March 23, 2023, in Orange County, within the Central District of California, and elsewhere, defendant ANASTASSIA KREZOUB, also known as "Sylvia Kass" ("KREZOUB"), with the intent to harass and intimidate the Victim, used an interactive computer service, an electronic communication service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, namely email, interstate wires, and the Internet, to engage in a course of conduct, described in paragraph 2 below,

that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to the Victim.

2. Defendant KREZOUB's course of conduct included, among other things, the following:

a. On or about November 29, 2021, defendant KREZOUB texted the Victim and demanded that he take her shopping.

b. Between on or about November 29, 2021 and December 11, 2021, defendant KREZOUB sent the Victim hundreds of harassing texts that disparaged the Victim and other individuals.

c. On or about December 12 and December 14, 2021, after the Victim told defendant KREZOUB to stop contacting him, defendant KREZOUB started to send harassing texts to the Victim from three different phone numbers.

d. On or about December 14, 2021, defendant KREZOUB texted the Victim, stating, "You think I make scandals to men who treat me properly?" and "I'll find your enemies and will be very friends with them."

e. On or about December 16, 2021, defendant KREZOUB filed a police report against the Victim, accusing him of taking photos without her consent.

f. On March 23, 2022, defendant KREZOUB filed a second police report against the Victim, accusing him of a crime.

g. On or about June 29, 2022, defendant KREZOUB texted the Victim threats to injure another person and back-to-back text messages stating, "Get out of the building" and "Before it gets blown up LOL."

2

h. On or about June 30, 2022, defendant KREZOUB texted the Victim a message, stating, "Only thing that excite me is kick your ASS . . . . Burn your house in [city]."

i. On or about August 31, 2022, defendant KREZOUB sent the Victim's employer an email, titled "[Victim's first and last name] | SEXUAL ASSAULT BATTERY, solicitation, audio depositions," which contained screenshots of a police report defendant KREZOUB filed against the Victim.

j. On or about September 11, 2022, defendant KREZOUB sent the Victim's employer an email, titled "[Victim's first name] solicits to prostitution girls . . . . ," which contained screenshots of text messages between KREZOUB and the Victim, a pornographic image of male genitalia, and a screenshot of a portion of the police report defendant KREZOUB filed against the Victim.

k. On November 19, 2022, defendant KREZOUB sent the Victim's employer an email, titled "[Victim's first name] LOVES ANAL AND ** POOP FETISHES," which included a pornographic image of two men engaging in sexual activity.

l. On or about December 3, 2022, defendant KREZOUB texted the Victim a message threatening his reputation, stating, "All of you will be embarrassed on fucking National TV . . . . CNBC, CNN, Bloomberg, Yahoo TV."

m. On January 12, 2023, defendant KREZOUB sent the Victim's employer an email, titled "[the Victim's first and last name] RAPED MY BRUTALLY."

n. On or about January 25, 2023, defendant KREZOUB texted the Victim a message demanding that the Victim buy her luxury items or else he would face a "sex scandal at your kids graduation."

3

o.   On or about February 8, 2023, defendant KREZOUB texted the Victim a message, stating, "Condo or I fuck up your life."

p.   On or about February 14, 2023, defendant KREZOUB texted the Victim a message, stating, "I want $1M minimum of gifts. Or i fuck the shit off you embarrassing the fuck out of your ass."

q.   On or about March 1, 2023, defendant KREZOUB texted the Victim a message, stating, "I want a condo.  If I file a lawsuit against you, you will never work anywhere. . . .  Not even McDonald's would hire you."

r.   On or about March 4, 2023, defendant KREZOUB texted the Victim a message, stating, "I'm better than a Porsche, give more. Spend more on me than on a car fucker.  Or I fuck the shit out of your life.  I'm not kidding you at all."

s.   On or about March 16, 2023, defendant KREZOUB sent the Victim a text message, stating, "You want another round of emails at [Victim's employer]?  . . . .  How did it go at [Victim's employer] when they received the emails?  Would have LOVED to see your face."

4

COUNT TWO

[18 U.S.C. § 875(d)]

Beginning on or about February 8, 2023, and continuing until on or about February 11, 2023, in Orange County, within the Central District of California, and elsewhere, defendant ANASTASSIA KREZOUB, also known as "Sylvia Kass" ("KREZOUB"), knowingly and with the intent to extort money and other things of value from the Victim, transmitted in interstate commerce communications that contained a true threat to injure the reputation of the Victim and other individuals, that is, defendant KREZOUB threatened to distribute

//

//

//

sensitive and harmful information about the Victim and other individuals, and defendant KREZOUB threatened to accuse the Victim of a crime, if the Victim did not transfer money or other things of value to defendant KREZOUB.

A TRUE BILL

_____/S/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

ANNAMARTINE SALICK
Assistant United States Attorney
Chief, National Security Division

CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, Cyber & Intellectual
Property Crimes Section

KHALDOUN SHOBAKI
Assistant United States Attorney
Deputy Chief, Cyber &
Intellectual Property Crimes
Section

ANDREW M. ROACH
Assistant United States Attorney
Cyber & Intellectual Property
Crimes Section