**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MARCO ANTONIO AGUAYO,<br><br>          Defendant. | Case No. 8:26-cr-00011-JWH<br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |

1

Good cause having been shown, it is hereby **ORDERED** as follows:

1.     The parties' Stipulation to Continue Hearing Date and Set Briefing Schedule for Defendant Marco Antonio Aguayo's Motion to Dismiss is **GRANTED**.

2.     The hearing on Mr. Aguayo's Motion to Dismiss the Indictment or, in the Alternative, for a Bill of Particulars (ECF No. 25) ("Motion") is **CONTINUED** from March 27, 2026, at 3:00 p.m. to April 6, 2026, at 1:00 p.m.

3.     The briefing schedule for the Motions is as follows:

a.     Opposition due:  March 16, 2026; and

b.     Reply due:  March 30, 2026.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

_____
Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

2